## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK GREEN and ROBERT CONRAD,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN JR., et al.,<br><br>Defendants. | No. 2:24-cv-01975-MKB-ARL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MOLLY E. NIXON** |

Please take notice that the undersigned counsel, Molly E. Nixon, withdraws her appearance for Plaintiffs Frank Green and Robert Conrad. Plaintiffs will continue to be represented by Frank D. Garrison, Damien M. Schiff, Paige E. Gilliard, and Isaiah H. McKinney.

DATED: May 22, 2024.

Respectfully submitted,

DAMIEN M. SCHIFF*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
DSchiff@pacificlegal.org
Telephone: (916) 419-7111

FRANK D. GARRISON*
Ind. Bar No. 34024-49
PAIGE E. GILLIARD*
Cal. Bar No. 330051
ISAIAH H. McKINNEY*
Tex. Bar No. 24120412
Pacific Legal Foundation
3100 Clarendon Blvd., Ste. 1000
Arlington, Virginia 22201
FGarrison@pacificlegal.org
PGilliard@pacificlegal.org
(202) 888-6881

/s/ Molly E. Nixon
MOLLY E. NIXON
N.Y. Bar No. 5023940
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
MNixon@pacificlegal.org
(202) 888-6881

*Pro Hac Vice*

*Counsel for Plaintiffs*

1