IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK GREEN and ROBERT CONRAD,<br><br>    Plaintiffs,<br>    v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants,<br><br>    and<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.; CONSERVATION LAW FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY; and R. ZACK KLYVER,<br><br>    Proposed Defendant-Intervenors. | No. 2:24-cv-01975-MKB-ARL<br><br>**NOTICE OF MOTION TO INTERVENE**<br><br>*ORAL ARGUMENT REQUESTED* |

**NOTICE OF MOTION TO INTERVENE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declarations, and Proposed Answer submitted herewith, Natural Resources Defense Council, Conservation Law Foundation, Center for Biological Diversity, and R. Zack Klyver shall move this Court, before the Honorable Arlene R. Lindsay, U.S. Magistrate Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, at a date and time convenient for the Court, for an order granting their motion to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a), or in the alternative for permissive intervenor status pursuant to Federal Rule of Civil Procedure 24(b).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b), and unless the Court orders otherwise, any opposing memoranda shall be served on or before

Wednesday, June 12, 2024, and any reply memoranda shall be served on or before Thursday, June 20, 2024.

   **PLEASE TAKE FURTHER NOTICE** that Proposed Intervenors request oral argument if this motion is contested, or if the Court would find oral argument helpful.

   A proposed order is submitted herewith.

Dated: May 29, 2024          Respectfully submitted,

                 <u>s/ Lauren P. Phillips</u>
                 Lauren P. Phillips
                 NATURAL RESOURCES DEFENSE COUNCIL
                 40 W. 20th Street, 11th Floor
                 New York, NY 10011
                 Tel.: (212) 727-2700
                 E-mail: lphillips@nrdc.org
                 *Counsel for NRDC*

                 Katherine Desormeau*
                 NATURAL RESOURCES DEFENSE COUNCIL
                 111 Sutter Street, 21st Floor
                 San Francisco, CA 94104
                 Tel.: (415) 875-6100
                 E-mail: kdesormeau@nrdc.org
                 *Counsel for NRDC*

                 <u>s/ Erica Fuller</u>
                 Erica Fuller*
                 Chloe Fross*
                 CONSERVATION LAW FOUNDATION
                 62 Summer Street
                 Boston, MA 02110
                 Tel.: (617) 850-1727
                 E-mail: efuller@clf.org
                 E-mail: cfross@clf.org
                 *Counsel for CLF*

*s/ Kristen Monsell*
Kristen Monsell*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel.: (510) 844-7137
E-mail: kmonsell@biologicaldiversity.org
*Counsel for CBD and R. Zack Klyver*

\* *Applications to appear* pro hac vice *forthcoming*
