**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK GREEN and ROBERT CONRAD, <br><br>       Plaintiffs, <br>   v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>       Defendants, <br><br>   and <br><br> NATURAL RESOURCES DEFENSE COUNCIL, INC.; CONSERVATION LAW FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY; and R. ZACK KLYVER, <br><br>       Defendant-Intervenors. | No. 2:24-cv-01975-MKB-ARL |

**MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to Local Rule 1.4(b), I, Lauren P. Phillips, hereby move to withdraw as counsel for Defendant-Intervenor Natural Resources Defense Council (NRDC).

Defendant-Intervenors will continue to be represented by their other counsel of record.

NRDC, through its undersigned representative, has consented to this withdrawal.


                                          Respectfully submitted,

Date: June 10, 2026                     */s/ Lauren P. Phillips*
                                          Lauren P. Phillips
                                          Natural Resources Defense Council, Inc.
                                          40 West 20th Street
                                          New York, NY 10011
                                          (212) 727-4541
                                          Lphillips@nrdc.org

1

Attorney for Natural Resources Defense
Council

*/s/ Katherine Desormeau*
Katherine Desormeau, *pro hac vice*
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org

Attorney for Natural Resources Defense
Council