PACIFIC LEGAL FOUNDATION

September 9, 2026

Hon. Arlene R. Lindsay
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

Re: *Green v. Trump*, No. 2:24-cv-01975-SJB-ARL
Joint Status Report

Dear Magistrate Judge Lindsay:

The parties provide this joint status report in accordance with the Court's March 13, 2026, order. The parties previously reported that the President issued a Proclamation, "Unleashing American Commercial Fishing in the Atlantic," which revokes Proclamation No. 10287 and directs management of the Northeast Canyons and Seamounts Marine National Monument ("the Monument") in accordance with Proclamation No. 10049, which allows for commercial fishing within the Monument. *See* Dkt. No. [47], Attachment 1. Federal Defendants and Plaintiffs requested a stay of these proceedings in anticipation that a repeal of the rules prohibiting commercial fishing might moot several, or all, claims and defenses in this lawsuit.

On April 6, 2026, the National Oceanic and Atmospheric Administration ("NOAA") published a rule in the Federal Register removing the commercial-fishing restrictions in the Monument. *See* 91 Fed. Reg. 17,159 (Apr. 6, 2026). The parties have since been engaged in discussions regarding whether Plaintiffs' claims are now moot in light of the repeal of the fishing restrictions.

A development in related litigation now bears directly on those discussions and on the proper course of this case. On May 4, 2026, the Intervenor-Defendants in this action—Conservation Law Foundation, Natural Resources Defense Council, Center for Biological Diversity, and R. Zack Klyver—filed suit in the United States District Court for the District of Columbia challenging both the 2026 Proclamation and NOAA's rescission rule. *Conservation Law Foundation (CLF) v. Trump*, No. 1:26-cv-01528 (JEB) (D.D.C.). That action seeks vacatur of the rescission rule and an injunction against implementation of the 2026 Proclamation—relief that, if granted, would reinstate the commercial-fishing restrictions challenged in this case. Plaintiffs here have moved to intervene as defendants there; those matters remain pending before that court.

It is Plaintiffs' position that the outcome of *CLF v. Trump* may determine whether the 2026 revocation stands or the restrictions at issue here are reinstated; and thus, its resolution will directly affect which claims and defenses, if any, remain live for adjudication in this case. Because of these developments, the most efficient course is to continue the stay of this action pending final resolution of that case. A continued stay will conserve the parties' and the Court's resources, avoid piecemeal and potentially duplicative litigation concerning the same proclamations and regulations, and preserve every party's claims, defenses, and positions.

Federal Defendants do not oppose the requested stay but take the position that this lawsuit has been mooted by the repeal of the fishing restrictions at issue. Intervenor-Defendants do not oppose a further stay.

For the foregoing reasons, Plaintiffs, with no opposition from the Federal-Defendants or Intervenor-Defendants, respectfully request that the Court continue the stay of this action pending final resolution of *CLF v. Trump*, with the parties to file a joint status report every 90 days and within 14 days of the final resolution of that action, proposing appropriate next steps.

Counsel for all parties have reviewed this letter and consent to its filing.

Respectfully submitted,

/s/ Frank D. Garrison

FRANK D. GARRISON*
Ind. Bar No. 34024-49
PAIGE E. GILLIARD*
Cal. Bar No. 330051
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
fgarrison@pacificlegal.org
pgilliard@pacificlegal.org

DAMIEN M. SCHIFF*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
dschiff@pacificlegal.org

**Pro Hac Vice*

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Jennifer A. Sundook (with consent)
Jennifer A. Sundook
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 341-2791; Fax: (202) 305-0275
Jennifer.Sundook@usdoj.gov

*Counsel for Federal Defendants*